**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6860**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLINTON F. TAYLOR,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (CR-91-58, CA-95-23-NN)

---

Submitted: October 3, 1996          Decided: October 15, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Francis McQuaid Lawrence, ST. JOHN, BOWLING & LAWRENCE, Charlottesville, Virginia, for Appellant. Harvey Lee Bryant, III, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion pursuant to 28 U.S.C. § 2255 (1988), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Taylor, Nos. CR-91-58; CA-95-23-NN (E.D. Va. Mar. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2